IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKAELLA C. ALFARO,

        Plaintiff,                              No. 2:12-cv-3100-MCE-EFB PS

    vs.

UNITED STATES OF AMERICA,

        Defendant.                       <u>ORDER</u>

_____/

        On January 7, 2013, the Magistrate Judge filed findings and recommendations herein (ECF No. 3) which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

        The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

        Accordingly, IT IS ORDERED that:

        1. The proposed Findings and Recommendations filed January 7, 2013 (ECF No. 3) are ADOPTED IN FULL;

        2. Plaintiff's application to proceed *in forma pauperis* is DENIED;

        3. Plaintiff is granted thirty days in which to pay the filing fee of $350.00; and

1

       4. Plaintiff is admonished that failure to timely pay the filing fee will result in a recommendation by the assigned Magistrate Judge that this action be dismissed.

DATED:  February 4, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE